UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO.2:99-CR-15-1BO
NO.2:99-CR-15-2BO

UNITED STATES OF AMERICA :
:
V. : ORDER
:
ROBERT EDWARD FREER :
WENDY DEHAVEN FREER

Upon motion of the United States of America, and for good cause shown, the sealed three-count Indictment returned by the Grand Jury for the Eastern District of North Carolina on November 4, 1999, is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This __9__ day of __Oct__, 2018

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE